JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 89–6015.   O'DELL *v.* ARMONTROUT.   C. A. 8th Cir.   Motion of petitioner to certify question to Supreme Court of Missouri denied.   Certiorari denied.

No. — – ——.   STOCKS *v.* UNITED STATES, *ante*, p. 948;

No. 88–42.   HALLSTROM ET UX. *v.* TILLAMOOK COUNTY, *ante*, p. 20;

No. 88–2054.   SMITH *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES, *ante*, p. 821;

No. 88–2140.   HANCOCK *v.* CITY OF DAVENPORT ET AL., *ante*, p. 826;

No. 88–7540.   TAYLOR *v.* GREEN ET AL., *ante*, p. 841;

No. 88–7626.   RIVERA *v.* OROWEAT FOODS CO., INC., ET AL., *ante*, p. 963;

No. 89–90.   JUNGEN, ADMINISTRATRIX OF THE ESTATE OF JUNGEN, ET AL. *v.* OREGON, *ante*, p. 933;

No. 89–254.   MARKER ET UX. *v.* RIESCHEL ET AL., *ante*, p. 893;

No. 89–294.   GORDON ET AL. *v.* DEPARTMENT OF WATER AND POWER OF THE CITY OF LOS ANGELES, *ante*, p. 918;

No. 89–342.   SHERMAN *v.* NISSAN MOTOR CORP. ET AL., *ante*, p. 954;

No. 89–365.   POLYAK *v.* STACK ET AL., *ante*, p. 944;

No. 89–384.   BROWN ET AL. *v.* 1250 TWENTY-FOURTH STREET ASSOCIATES ET AL., *ante*, p. 935;

No. 89–494.   IN RE SPARKS, *ante*, p. 963;

No. 89–584.   IN RE MARIK, *ante*, p. 953;

No. 89–5041.   HARRIS *v.* HALL ET AL., *ante*, p. 857;

No. 89–5106.   HERRERA *v.* REDMAN, WARDEN, *ante*, p. 945;

No. 89–5115.   STOTTS *v.* UNITED STATES, *ante*, p. 861;

No. 89–5361.   BERTRAM *v.* UNITED STATES, *ante*, p. 956;

No. 89–5384.   HURD *v.* DORSEY, WARDEN, *ante*, p. 897;

No. 89–5397.   MAGWOOD *v.* ALABAMA, *ante*, p. 923;

No. 89–5428.   SPYCHALA *v.* RUSHEN ET AL., *ante*, p. 939;

No. 89–5458.   GALLAWAY v. UNITED STATES, *ante*, p. 898;

No. 89–5501.   BROWN v. AMERICAN EXPRESS TRAVEL RELATED SERVICES CO., INC., *ante*, p. 899;

No. 89–5522.   OLIM v. SEARS, ROEBUCK & CO. ET AL., *ante*, p. 940;

No. 89–5528.   BROOKS v. JOHNSON & JOHNSON, INC., *ante*, p. 940;

No. 89–5531.   ZARRILLI v. MARINO, *ante*, p. 941;

No. 89–5570.   MAY v. CHALLENGER COMMUNICATIONS SYSTEMS, INC., *ante*, p. 942;

No. 89–5576.   GALA v. UNITED STATES POSTAL SERVICE, *ante*, p. 942;

No. 89–5593.   RONDON v. INDIANA, *ante*, p. 969;

No. 89–5613.   LOCKHART v. ROLLING ET AL., *ante*, p. 942;

No. 89–5615.   MARTIN v. DELAWARE LAW SCHOOL OF WIDENER UNIVERSITY ET AL., *ante*, p. 966;

No. 89–5639.   SPARKS v. SPARKS, *ante*, p. 957;

No. 89–5716.   CORDEIRO v. UNITED STATES, *ante*, p. 958;

No. 89–5790.   WATTS v. JOHNSON, WARDEN, ET AL., *ante*, p. 982; and

No. 89–5820.   BOND v. JOHNSTONE ET AL., *ante*, p. 996.   Petitions for rehearing denied.

No. 88–7050.   KALLIEL v. UNITED STATES, *ante*, p. 827; and

No. 89–5184.   RUTHERFORD v. UNITED STATES, *ante*, p. 895. Motions for leave to file petitions for rehearing denied.

No. 89–591.   LEE v. BIDEN, UNITED STATES SENATOR, ET AL., *ante*, p. 984.   Petition for rehearing denied.   JUSTICE KENNEDY took no part in the consideration or decision of this petition.

JANUARY 16, 1990

No. 88–2092.   UNITED STATES v. SALAMONE.   C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Dowling* v. *United States*, *ante*, p. 342.   JUSTICE STEVENS dissents and would deny certiorari.